No. 791.  SIMPSON ET AL. *v.* DYER ET AL.  March 28, 1938.

No. 406.  HELVERING, COMMISSIONER OF INTERNAL REVENUE *v.* O'DONNELL.  April 4, 1938.  *Ante,* p. 370.

No. 446.  HELVERING, COMMISSIONER OF INTERNAL REVENUE *v.* ELBE OIL LAND DEVELOPMENT CO.  April 4, 1938.  *Ante,* p. 372.

No. 753.  GROVES ET AL. *v.* BOARD OF EDUCATION OF CHICAGO.  April 4, 1938.

No. 660.  MORAN, RECEIVER, *v.* UNITED STATES.  April 11, 1938.

No. 853.  LINDSEY ET AL. *v.* WASHINGTON.  April 11, 1938.